David R. Wright (Admitted *Pro Hac Vice*)
  Utah Bar No. 05164
  E-Mail: dwright@mabr.com
Tyson K. Hottinger (Admitted *Pro Hac Vice*)
  Utah Bar No. 13067
  E-Mail: thottinger@mabr.com
MASCHOFF BRENNAN
111 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 297-1850
Facsimile: (435) 252-1631

Richard F. Holley
  Nevada Bar No. 03077
  E-Mail: rholley@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912

Attorneys for Plaintiff ESC-TOY LTD.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ESC-TOY LTD., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company; and INSOMNIAC GAMES, INC., a California corporation.<br><br>Defendants. | Case No. 2:20-cv-00726-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>(First Request) |

Plaintiff ESC-Toy Ltd., by and through its undersigned counsel of the law firm Maschoff Brennan, and Defendants Sony Interactive Entertainment LLC and Insomniac Games, Inc. (collectively, "Defendants"), by and through their undersigned counsel of the law firm Rimon Law, hereby respectfully submit this Stipulation to Extend Time to Answer or Otherwise Respond to Complaint (the "Stipulation"). The Stipulation is made in accordance with LR IA 6-1 and LR IA 6-2 of the Local Rules of the District of Nevada. This is the first request for an extension of time to answer or otherwise respond to the Complaint. Defendants were served with the Complaint on April 23, 2020. The extension is requested as Defendants' counsel requires additional time to retain local counsel and prepare a responsive pleading to the Complaint.

Upon agreement by and between the parties, the undersigned respectfully request this Court grant an extension of time, up to and including June 12, 2020, for Defendants to answer or otherwise respond to the Complaint.

Dated this 11th day of May 2020.

| **MASCHOFF BRENNAN** | **RIMON LAW** |
|---|---|
| /s/ *Tyson K. Hottinger* | /s/ *Karineh Khachatourian* |
| David R. Wright | Karineh Khachatourian |
| Tyson K. Hottinger | 2479 E. Bayshore Road, Suite 210 |
| 111 South Main Street, Suite 600 | Palo Alto, California 94303 |
| Salt Lake City, Utah 84111 | |
| | *Attorneys for Defendants* |
| Richard F. Holley | (*will comply with LR IA 11-2 within 14 days*) |
| Nevada Bar No. 03077 | |
| 400 South Fourth Street, Third Floor | |
| Las Vegas, Nevada 89101 | |
| **HOLLEY DRIGGS** | |

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED

_____
Cam Ferenbach
UNITED STATES MAGISTRATE JUDGE

DATED: 5-12-2020

1