David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110

Karineh Khachatourian, Esq. (*Admitted Pro Hac Vice*)
karinehk@rimonlaw.com
**RIMON, P.C.**
2479 E. Bayshore Road, Suite 210
Palo Alto, California 94303
Telephone: (650) 461-4433
Facsimile: (650) 461-4433

*Attorneys for Defendant Sony Interactive Entertainment LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ESC-TOY LTD., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:20-cv-00726-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>(Second Request) |

Plaintiff ESC-Toy Ltd., by and through its undersigned counsel, and Defendant Sony Interactive Entertainment LLC, by and through its undersigned counsel, hereby respectfully submit this Stipulation to Extend Time to Answer or Otherwise Respond to Complaint – Second Request (the "Stipulation"). The Stipulation is made in accordance with LR IA 6-1 and LR IA 6-2 of the Local Rules of the District of Nevada. This is the second request for an extension of time to answer or otherwise respond to the Complaint. Defendant was served with the Complaint on April

1

23, 2020, and the current deadline to answer or respond is June 12, 2020. On June 1, 2020, Plaintiff unilaterally dismissed its complaint against Insomniac Games without prejudice leaving Sony as the sole defendant. The extension is requested as Defendant and its lead counsel are both located in the State of California and have been affected by protests and curfews.

Upon agreement by and between the parties, the undersigned respectfully request this Court:

(a) grant a further extension of time, up to and including June 19, 2020, for Defendant to answer or otherwise respond to the Complaint; and

(b) continue the deadline for the parties to conduct the Fed. R. Civ. P. 26(f) conference [LR 26-1(a)] to a mutually agreed upon date and time not later than two weeks from the filing of Defendant's answer or other response to the Complaint.

| **MASCHOFF BRENNAN** | **RICE REUTHER SULLIVAN & CARROLL** |
|---|---|
| */s/ Tyson K. Hottinger*<br>David R. Wright<br>Tyson K. Hottinger<br>111 South Main Street, Suite 600<br>Salt Lake City, Utah 84111<br><br>Richard F. Holley<br>Nevada Bar No. 03077<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>HOLLEY DRIGGS | */s/ David A. Carroll*<br>Karineh Khachatourian<br>2479 E. Bayshore Road, Suite 210<br>Palo Alto, California 94303<br>-AND-<br><br>David A. Carroll (NSB #7643)<br>Anthony J. DiRaimondo (NSB #10875)<br>Robert E. Opdyke (NSB #12841)<br>3800 Howard Hughes Pkwy., Suite 1200<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
Cam Ferenbach
UNITED STATES MAGISTRATE JUDGE

DATED: 6-8-2020