David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110

Karineh Khachatourian, Esq. (*Admitted Pro Hac Vice*)
karinehk@rimonlaw.com
**RIMON, P.C.**
2479 E. Bayshore Road, Suite 210
Palo Alto, California 94303
Telephone: (650) 461-4433
Facsimile: (650) 461-4433

*Attorneys for Defendant Sony Interactive Entertainment LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ESC-TOY LTD., a Nevada corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company,<br><br>        Defendant. | Case No. 2:20-cv-00726-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>(Third Request) |

///

///

///

1

Plaintiff ESC-Toy Ltd., by and through its undersigned counsel, and Defendant Sony Interactive Entertainment LLC, by and through its undersigned counsel, hereby respectfully submit this Stipulation to Extend Time to Answer or Otherwise Respond to Complaint – Third Request (the "Stipulation"). The Stipulation is made in accordance with LR IA 6-1 and LR IA 6-2 of the Local Rules of the District of Nevada. This is the third request for an extension of time to answer or otherwise respond to the Complaint. Defendant was served with the Complaint on April 23, 2020, and the current deadline to answer or respond is June 19, 2020. On June 1, 2020, Plaintiff unilaterally dismissed its complaint against Insomniac Games without prejudice leaving Sony as the sole defendant.  The prior extensions were requested as Defendant and its lead counsel are both located in the State of California and have been affected by protests and curfews.

The parties have recently met and conferred regarding (1) having Plaintiff file an Amended Complaint in order to remove certain allegations that relate solely to Insomniac Games, which has been dismissed as a party to this case; and (2) reaching an agreement as to the confidentiality of certain subject matters alleged in Plaintiff's current Complaint so that the parties may then seek appropriate relief from the Court to redact those portions from the public record.  The parties seek another short extension of Sony's response deadline to continue working in good faith to resolve these issues.

Upon agreement by and between the parties, the undersigned respectfully request this Court:

(a) grant a further extension of time, up to and including June 24, 2020, for Sony to answer or otherwise respond to the Complaint (or the Amended Complaint to the extent it is the operative pleading); and

///
///
///

(b) the parties previously agreed to conduct the Fed. R. Civ. P. 26(f) conference [LR 26-1(a)] at a date and time not later than July 6, 2020, and the parties agree that this deadline can remain as currently scheduled.

| | |
|---|---|
| **MASCHOFF BRENNAN** | **RICE REUTHER SULLIVAN & CARROLL** |
| */s/ Tyson K. Hottinger* <br> David R. Wright <br> Tyson K. Hottinger <br> 111 South Main Street, Suite 600 <br> Salt Lake City, Utah 84111 <br><br> Richard F. Holley <br> Nevada Bar No. 03077 <br> 400 South Fourth Street, Third Floor <br> Las Vegas, Nevada 89101 <br> HOLLEY DRIGGS | */s/ David A. Carroll* <br> Karineh Khachatourian <br> 2479 E. Bayshore Road, Suite 210 <br> Palo Alto, California 94303 <br> -AND- <br><br> David A. Carroll (NSB #7643) <br> Anthony J. DiRaimondo (NSB #10875) <br> Robert E. Opdyke (NSB #12841) <br> 3800 Howard Hughes Pkwy., Suite 1200 <br> Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
Cam Ferenbach
UNITED STATES MAGISTRATE JUDGE

DATED: 6-19-2020