David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110

Karineh Khachatourian, Esq. (*Admitted Pro Hac Vice*)
karinehk@rimonlaw.com
Nikolaus A. Woloszczuk, Esq. (*Admitted Pro Hac Vice*)
nikolaus.woloszczuk@rimonlaw.com
**RIMON, P.C.**
2479 E. Bayshore Road, Suite 210
Palo Alto, California 94303
Telephone: (650) 461-4433
Facsimile: (650) 461-4433

*Attorneys for Defendant Sony Interactive Entertainment LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ESC-TOY LTD., a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company, <br><br> Defendant. | Case No. 2:20-cv-00726-GMN-VCF <br><br> **STIPULATION AND [*PROPOSED*] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE [ECF 61, 62]** <br><br> **(FIRST REQUEST)** |

Pursuant to LR IA 6-1 Plaintiff ESC-Toy Ltd. ("Plaintiff"), by and through its undersigned counsel, and Defendant Sony Interactive Entertainment LLC ("SIE"), by and through its undersigned counsel, hereby respectfully submit this Stipulation and [*Proposed*] Order to Extend Defendant SIE's deadline to file its Reply in support of Motion to Transfer Venue [ECF 61, 62].

1. On August 18, 2020, Defendant SIE filed its Motion to Transfer Venue [ECF 61, 62].

1

2. On September 1, 2020, Plaintiff filed its Opposition to the Motion to Transfer Venue [ECF 71, 72].

3. The current deadline for the filing of Defendant SIE's Reply in support of Motion to Transfer Venue is September 8, 2020.

4. Due to the schedule of Defendant's attorneys and the intervening holiday weekend, the parties have agreed and hereby request to extend the deadline for the filing of Defendant SIE's Reply in support of Motion to Transfer Venue from September 8, 2020 to **September 15, 2020**. Accordingly, good cause exists to grant this Stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

5. This is the first stipulation for extension of this deadline.

| | |
|---|---|
| Dated: September 3, 2020 | Dated: September 3, 2020 |
| **HOLLEY DRIGGS** | **RICE REUTHER SULLIVAN & CARROLL** |
| /s/ Richard F. Holley | /s/ David A. Carroll |
| Richard F. Holley (NSB # 03077)<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101 | David A. Carroll (NSB #7643)<br>Anthony J. DiRaimondo (NSB #10875)<br>3800 Howard Hughes Pkwy., Suite 1200<br>Las Vegas, Nevada 89169 |
| -and- | -and- |
| David R. Wright (Pro Hac Vice)<br>Tyson K. Hottinger (Pro Hac Vice)<br>MASCHOFF BRENNAN<br>111 South Main Street, Suite 600<br>Salt Lake City, Utah 84111 | Karineh Khachatourian, Esq. (Pro Hac Vice)<br>Nikolaus A. Woloszczuk, Esq. (Pro Hac Vice)<br>RIMON, P.C.<br>2479 E. Bayshore Road, Suite 210<br>Palo Alto, California 94303 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

**IT IS SO ORDERED.**

Dated this  11  day of September, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT